JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MENEJURUN, et al., | Case No. 2:24-cv-00618-JLS-AJR |
| Plaintiffs, | **ORDER DISMISSING CASE WITHOUT PREJUDICE (Doc. 18)** |
| v. | |
| ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

1  Having read and considered the Joint Stipulation to Dismiss the Case
2  submitted by the parties (Doc. 18), and finding good cause therefor, pursuant to the
3  stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is
4  hereby ordered that this action be, and hereby is, dismissed without prejudice as to
5  all claims, causes of action, and parties, with each party bearing that party's own
6  attorney's fees and costs. The Clerk is directed to close the file.

8  DATED: March 19, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

```
 1  PRESENTED BY:
 2  E. MARTIN ESTRADA
    United States Attorney
 3  DAVID M. HARRIS
    Assistant United States Attorney
 4  Chief, Civil Division
    JOANNE S. OSINOFF
 5  Assistant United States Attorney, Chief,
    Complex and Defensive Litigation Section
 6
 7  /s/ Richard C. Burson
    RICHARD C. BURSON
 8  Special Assistant United States Attorney
    Attorneys for Defendants
 9
10
...
28
```